IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>        Plaintiff,<br>v.<br><br>BENYUE OFFICIAL STORE, et al.,<br><br>        Defendants. | Case No. 20-cv-03151<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Jeffrey Cole** |

## STATUS REPORT

Pursuant to this Court's Order [42], Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") submits the following status report.

This Court entered Default and Default Judgment against the defendants identified in Schedule A, with the exception of Defendant growsim.com, on August 3, 2020. [54]. Plaintiff and Defendant growsim.com are having ongoing settlement negotiations. Plaintiff has made a settlement demand.

Dated this 14th day of August 2020.        Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Attorneys for Plaintiff H-D U.S.A., LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

    /s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*